## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| | * | |
| **PATRICK DOUGLAS,** | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Case No.: RWT 08cv2408 |
| | * | |
| **TARGET CORPORATION, INC.,** *et al.*, | * | |
| | * | |
| Defendants. | * | |
| | * | |

## ORDER

Upon consideration of Defendant Target Corporation, Inc.'s Motion for Summary Judgment (Paper No. 34) and Defendant Officer Andre Rhooms's Motion for Summary Judgment (Paper No. 36), Plaintiff Patrick Douglas, *pro se*,[1] having been specifically advised of the need to file a response to these dispositive motions and that his failure to do so could result in the Court taking action on the motions without further notice (Paper Nos. 35 & 37), and a response never having been filed by Plaintiff, it is, for the reasons set forth in Defendants' motions for summary judgment, this 22nd day of April, 2010, by the United States District Court for the District of Maryland,

**ORDERED**, that Defendant Target Corporation, Inc.'s Motion for Summary Judgment (Paper No. 34) is **GRANTED**; and it is further

**ORDERED**, that Defendant Officer Andre Rhooms's Motion for Summary Judgment (Paper No. 36) is **GRANTED**; and it is further

---

[1] On February 24, 2010, Gregory L. Lattimer filed a motion to withdraw as counsel for Plaintiff. *See* Paper No. 31. The Court granted the motion on February 26, 2010, *see* Paper No. 32, and sent a letter advising Plaintiff that the case would proceed with him acting as his own attorney unless and until new counsel entered an appearance on his behalf, *see* Paper No. 33. Plaintiff remains unrepresented.

**ORDERED**, that a **JUDGMENT** for costs shall be entered in favor of Defendant against

Plaintiff; and it is further

**ORDERED,** that the Clerk of Court shall **MAIL** a copy of this Order to Plaintiff at the

following address:

   Patrick Douglas
   8631 Seasons Way
   Lanham, MD 20706

**ORDERED**, that the Clerk of Court is directed to administratively **CLOSE** the case.


                    /s/
                ROGER W. TITUS
           UNITED STATES DISTRICT JUDGE